**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **CAMERON** First name **KEITH MARSHALL** Middle name **GHANAVATI** Last name and Suffix (Sr., Jr., II, III) | First name Middle name Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **CAMERON KEITH GHANAVATI** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7983** | |

Debtor 1    **CAMERON KEITH MARSHALL GHANAVATI**

Case number *(if known)*

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5. Where you live**

**240 6th St**
**Wells, NV 89835**
Number, Street, City, State & ZIP Code

**Elko**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**PO BOX 442**
**Wells, NV 89835**
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **CAMERON KEITH MARSHALL GHANAVATI**                    Case number *(if known)*

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | **Nevada** | When | **5/08/23** | Case number | **25-50423** |
| | **Oregon** | When | **12/20/17** | Case number | **17-34689** |
| | District | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No.
- ☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |

**11.** **Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?
  - ☐    No. Go to line 12.
  - ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **CAMERON KEITH MARSHALL GHANAVATI**                                    Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
                         Number, Street, City, State & Zip Code

---

Debtor 1    **CAMERON KEITH MARSHALL GHANAVATI**    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **CAMERON KEITH MARSHALL GHANAVATI**                          Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code, I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ CAMERON KEITH MARSHALL GHANAVATI**

**CAMERON KEITH MARSHALL GHANAVATI**                          _____
Signature of Debtor 1                                                         Signature of Debtor 2

Executed on    **December 23, 2025**                  Executed on  _____
                       MM / DD / YYYY                                                  MM / DD / YYYY

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 6

Debtor 1    **CAMERON KEITH MARSHALL GHANAVATI**                                    Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**/s/ Seth D Ballstaedt, Esq.**
Signature of Attorney for Debtor

Date    **December 23, 2025**
MM / DD / YYYY

**Seth D Ballstaedt, Esq.**
Printed name

**Fair Fee Legal Services**
Firm name

**8751 W Charleston Blvd #230**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 715-0000**        Email address    **help@bkvegas.com**

**11516 NV**
Bar number & State

CAMERON KEITH MARSHALL GHANAVATI
PO BOX 442
Wells, NV 89835

Seth D Ballstaedt, Esq.
Fair Fee Legal Services
8751 W Charleston Blvd #230
Las Vegas, NV 89117

21st Mortgage Corp
Acct No xx0360
Attn: Bankruptcy
620 Market Street
Knoxville, TN 37902

21st Mortgage Corp
Acct No xx0360
Attn: Bankruptcy
620 Market Street
Knoxville, TN 37902

Affirm, Inc.
Acct No xxxxGTFN
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Austin Capital Bank
Acct No xxxxxx4223
Attn: Bankruptcy Dept
8100 Shoal Creek Blvd, Ste 100
Austin, TX 78757

Beyond REI,LLC/New Millenium Management
576 S Audubon Ln
South Jordan, UT 84095

Bonneville Collections
Acct No xxx4940
6026 S. Fashion Point Dr.
South Ogden, UT 84403

Bridgecrest Acceptance Corp
Acct No xxxxxxxx0801
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072

Brigit/coastalcbk/ary
Acct No xxx136I
5415 Evergreen Way
Everett, WA 98203

```
Brigit/coastalcbk/ary
Acct No xxx136I
5415 Evergreen Way
Everett, WA 98203

Capital One Auto Finance
Acct No xxxxxxxxxxxx1001
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024

Capital One Auto Finance
Acct No xxxxxxxxxxxx1001
Capital One Auto Finance, Attn: Bankrupt
7933 Preston Rd
Plano, TX 75024

Capital One Auto Finance
Acct No xxxxxxxxxxxx1001
Capital One Auto Finance, Attn: Bankrupt
7933 Preston Rd
Plano, TX 75024

Capital One Auto Finance
Acct No xxxxxxxx9913
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024

Carvana/Bridgecrest Acceptance Corp
Acct No xxxxxxxx0801
Po Box 53087
Suite 100
Phoenix, AZ 85072

Chimefinal
Acct No xxxxxxxx9433
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104

Chimefinal
Acct No xxxxxxxx9433
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104

Columbia Debt Recovery DBA Genesis
Acct No xxxxxxxxxxxxxxx3642
Po Box 3630
Everett, WA 98213
```

Comenity Bank/Buckle
Acct No xxxxxxxxxxxx9206
Attn: Bankruptcy Department
Po Box 182125
Columbus, OH 43218

Comenity Bank/Express
Acct No xxxxx4622
Attn: Bankruptcy
P.O.Box 182273
Columbus, OH 43218

Continental Finance Co
Acct No xxxxxxxxxxxx7681
Attn: Bankruptcy
Po.Box 3220
Buffalo, NY 12420

Credit One Bank
Acct No xxxxxxxxxx1801
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

EBCS Payment Solutions
Acct No xxxxxxxxx0421
PO Box 5125
Lutherville Timonium, MD 21094

Edfinancial
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
1271 Market St
Dayton, TN 37321

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
120 N Seven Oaks Drive
Knoxville, TN 37922

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
120 N Seven Oaks Drive
Knoxville, TN 37922

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
120 N Seven Oaks Drive
Knoxville, TN 37922

```
Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
120 N Seven Oaks Drive
Knoxville, TN 37922

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0123
120 N Seven Oaks Drive
Knoxville, TN 37922

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
120 N Seven Oaks Drive
Knoxville, TN 37922

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
120 N Seven Oaks Drive
Knoxville, TN 37922

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
120 N Seven Oaks Drive
Knoxville, TN 37922

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
120 N Seven Oaks Drive
Knoxville, TN 37922

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0123
120 N Seven Oaks Drive
Knoxville, TN 37922

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
120 N Seven Oaks Drive
Knoxville, TN 37922

Electronic Billing & C
Acct No xxxxxxxx0421
P.O. Box 245
Lutherville Timonium, MD 21094

Enterprise Leasing Company West LLC
600 Corporate Park
Saint Louis, MO 63105

Fingerhut
Acct No xxxxxxxx7030
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303
```

```
Fingerhut
Acct No xxxxxxxxxxxx5248
Attn: Bankruptcy
Po Box 0260
Saint Cloud, MN 56395

First Premier Bank
Acct No xxxxxxxxxxxx8793
3820 N Louise Ave
Sioux Falls, SD 57107

First Premier Bank
Acct No xxxxxxxxxxxx5552
3820 N Louise Ave
Sioux Falls, SD 57107

First Premier Bank
Acct No xxxxxxxxxxxx8793
3820 N Louise Ave
Sioux Falls, SD 57107

First Premier Bank
Acct No xxxxxxxxxxxx5552
3820 N Louise Ave
Sioux Falls, SD 57107

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems LLC
Acct No xxxxxx5100
PO Box 7999
Saint Cloud, MN 56302-9617

Lane Health
Acct No x1745
3450 Triumph Blvd
Lehi, UT 84043

Lane Health
Acct No x1745
3450 Triumph Blvd
Lehi, UT 84043

Lvnv Funding/Resurgent Capital
Acct No xxxxxxxxxxxx0539
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603
```

Lvnv Funding/Resurgent Capital
Acct No xxxxxxxxxxxx7776
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Midland Credit Mgmt
Acct No xxxxx4175
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Midland Credit Mgmt
Acct No xxxxx1389
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Midland Credit Mgmt
Acct No xxxxx1217
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Midland Credit Mgmt
Acct No xxxxx3939
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

New Millenium Management, LLC
Attn: Stephen Ostler
576 S Audubon Ln
South Jordan, UT 84095

Oregonians Credit Unio
Acct No xxxxxxxxxxxxxx1029
306 Ne 20th Ave
Portland, OR 97232

Orgnscu
Acct No xxxxxxxxxxxxxx1029
306 Ne 20th Ave
Portland, OR 97232

Pan American Bank/Beneficial State Bank
Acct No xxxxxxxxxxxx5637
Attn: Bankruptcy Dept
2002 Ne Martin Luther King Jr. Blvd
Portland, OR 97212

```
Portfolio Recovery
Acct No 3209
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

Portfolio Recovery
Acct No 2036
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

Preferred Credit Inc
Acct No xxx9420
628 Roosevelt
St Cloud, MN 56301

Purchasing Power
1349 W Peachtree St., NW #1100
Atlanta, GA 30309

Satview Broadband, Ltd
PO Box 18148
Reno, NV 89511

Second Alliance Inc
Acct No xxxxx86N1
6911 Topanga Cyn Blvd
Canoga Park, CA 91303

Self Financial, Inc.
Acct No xxxxxxxxxxxxxxxx3211
Attn: Bankruptcy
515 Congress Ave, Ste 1550
Austin, TX 78701

Self Financial/lead Ba
Acct No xxxxxxxxxxxxxxxx3211
Po Box 11
Southlake, TX 76092

Spring Oaks Capital, Llc
Acct No xxxxx9275
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327

Spring Oaks Capital, Llc
Acct No xxxxx2297
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327
```

Transform Credit Inc
Acct No xxxxxx9312
Attn: Bankruptcy
1440 W Taylor St #431
Chicago, IL 60607

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Vance and Huffman
Acct No xxxx4617
55 Monette Parkway Ste 100
Smithfield, VA 23430

WebBank/ Cleo
Acct No xxxxxxxx2731
Attn: Bankruptcy
215 S. State St. Suite 1000
Salt Lake City, UT 84111

WebBank/ Cleo
Acct No xxxxxxxx5822
Attn: Bankruptcy
215 S. State St. Suite 1000
Salt Lake City, UT 84111

Wells Rural Electric Company
Acct No xxx4900
PO Box 365
Wells, NV 89835