United States Bankruptcy Court

District of Nevada

| | |
|---|---|
| In re: | Case No. 25-51218-hlb |
| CAMERON KEITH MARSHALL GHANAVATI | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 24, 2025 | Form ID: 309A | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CAMERON KEITH MARSHALL GHANAVATI, PO BOX 442, WELLS, NV 89835-0442 |
| 12820418 | | Beyond REI,LLC/New Millenium Management, 576 S Audubon Ln, South Jordan, UT 84095 |
| 12820427 | + | Carvana/Bridgecrest Acceptance Corp, Acct No xxxxxxxx0801, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 12820436 | + | EBCS Payment Solutions, Acct No xxxxxxxxx0421, PO Box 5125, Lutherville Timonium, MD 21094-5125 |
| 12820437 | + | Edfinancial, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328, 1271 Market St, Dayton, TN 37321-1262 |
| 12820449 | + | Electronic Billing & C, Acct No xxxxxxx0421, P.O. Box 245, Lutherville Timonium, MD 21094-0245 |
| 12820460 | + | Lane Health, Acct No x1745, 3450 Triumph Blvd, Lehi, UT 84043-6114 |
| 12820469 | | New Millenium Management, LLC, Attn: Stephen Ostler, 576 S Audubon Ln, South Jordan, UT 84095 |
| 12820470 | + | Oregonians Credit Unio, Acct No xxxxxxxxxxxxxx1029, 306 Ne 20th Ave, Portland, OR 97232-2805 |
| 12820471 | + | Orgnscu, Acct No xxxxxxxxxxxxxxx1029, 306 Ne 20th Ave, Portland, OR 97232-2805 |
| 12820472 | + | Pan American Bank/Beneficial State Bank, Acct No xxxxxxxxxxxxx5637, Attn: Bankruptcy Dept, 2002 Ne Martin Luther King Jr. Blvd, Portland, OR 97212-3722 |
| 12820477 | + | Satview Broadband, Ltd, PO Box 18148, Reno, NV 89511-0148 |
| 12820480 | + | Self Financial/lead Ba, Acct No xxxxxxxxxxxxxxx3211, Po Box 11, Southlake, TX 76092-0011 |
| 12820488 | + | Wells Rural Electric Company, Acct No xxx4900, PO Box 365, Wells, NV 89835-0365 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@bkvegas.com | Dec 24 2025 22:51:00 | SETH D BALLSTAEDT, BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE, 8751 W CHARLESTON BLVD SUITE 230, LAS VEGAS, NV 89117 |
| tr | + | EDI: BCWLOVATO.COM | Dec 25 2025 03:45:00 | CHRISTINA W. LOVATO, P.O. BOX 18417, RENO, NV 89511-0417 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Dec 24 2025 22:52:00 | U.S. TRUSTEE - RN - 7, 300 BOOTH STREET, STE 3009, RENO, NV 89509-1362 |
| 12820414 | | Email/Text: ebn@21stmortgage.com | Dec 24 2025 22:52:00 | 21st Mortgage Corp, Acct No xx0360, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 12820417 | | Email/Text: CSBankruptcy@austincapitalbank.com | Dec 24 2025 22:51:00 | Austin Capital Bank, Acct No xxxxxx4223, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 12820416 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 24 2025 22:55:49 | Affirm, Inc., Acct No xxxxGTFN, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 12820419 | + | Email/Text: banko@bonncoll.com | Dec 24 2025 22:52:00 | Bonneville Collections, Acct No xxx4940, 6026 S. Fashion Point Dr., South Ogden, UT 84403-4851 |
| 12820420 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 24 2025 22:52:00 | Bridgecrest Acceptance Corp, Acct No xxxxxxxx0801, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 12820421 | + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | | |

District/off: 0978-3

User: admin

Page 2 of 4

Date Rcvd: Dec 24, 2025

Form ID: 309A

Total Noticed: 62

| | | | |
|---|---|---|---|
| | | Dec 24 2025 22:52:00 | Brigit/coastalcbk/ary, Acct No xxx136I, 5415 Evergreen Way, Everett, WA 98203-3646 |
| 12820433 | Email/Text: cfcbackoffice@contfinco.com | Dec 24 2025 22:51:00 | Continental Finance Co, Acct No xxxxxxxxxxxx7681, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 12820424 | + EDI: CAPONEAUTO.COM | Dec 25 2025 03:45:00 | Capital One Auto Finance, Acct No xxxxxxxxxxxxx1001, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12820426 | + EDI: CAPONEAUTO.COM | Dec 25 2025 03:45:00 | Capital One Auto Finance, Acct No xxxxxxxxx9913, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12820423 | + EDI: CAPONEAUTO.COM | Dec 25 2025 03:45:00 | Capital One Auto Finance, Acct No xxxxxxxxxxxxx1001, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12820428 | + Email/Text: omx-bnc-bk-notices@chime.com | Dec 24 2025 22:52:00 | Chimefinal, Acct No xxxxxxxx9433, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 12820430 | + Email/Text: ANGIES@GENESISCRED.COM | Dec 24 2025 22:51:00 | Columbia Debt Recovery DBA Genesis, Acct No xxxxxxxxxxxxxxx3642, Po Box 3630, Everett, WA 98213-8630 |
| 12820431 | + EDI: WFNNB.COM | Dec 25 2025 03:45:00 | Comenity Bank/Buckle, Acct No xxxxxxxxxxxx9206, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 12820432 | + EDI: WFNNB.COM | Dec 25 2025 03:45:00 | Comenity Bank/Express, Acct No xxxxx4622, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 12820434 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 24 2025 22:55:48 | Credit One Bank, Acct No xxxxxxxxxxx1801, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12820435 | + EDI: NEVDETR | Dec 25 2025 03:45:00 | Dept. of Employment, Training & Rehab, Employment Security Division, 500 East Third Street, Carson City, NV 89713-0002 |
| 12820442 | + Email/Text: EBN@edfinancial.com | Dec 24 2025 22:51:00 | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0123, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820438 | + Email/Text: EBN@edfinancial.com | Dec 24 2025 22:51:00 | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxxx0328, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820450 | + Email/Text: bankruptcynotifications@ehi.com | Dec 24 2025 22:51:00 | Enterprise Leasing Company West LLC, 600 Corporate Park, Saint Louis, MO 63105-4211 |
| 12820452 | + EDI: BLUESTEM | Dec 25 2025 03:45:00 | Fingerhut, Acct No xxxxxxxxxxxx5248, Attn: Bankruptcy, Po Box 0260, Saint Cloud, MN 56395-0260 |
| 12820451 | + EDI: BLUESTEM | Dec 25 2025 03:45:00 | Fingerhut, Acct No xxxxxxxx7030, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 12820454 | + EDI: AMINFOFP.COM | Dec 25 2025 03:45:00 | First Premier Bank, Acct No xxxxxxxxxxxx5552, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 12820453 | + EDI: AMINFOFP.COM | Dec 25 2025 03:45:00 | First Premier Bank, Acct No xxxxxxxxxxxx8793, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 12820457 | EDI: IRS.COM | Dec 25 2025 03:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12820459 | EDI: JEFFERSONCAP.COM | Dec 25 2025 03:45:00 | Jefferson Capital Systems LLC, Acct No xxxxxx5100, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 12820462 | + Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0978-3                    User: admin                              Page 3 of 4

Date Rcvd: Dec 24, 2025                  Form ID: 309A                            Total Noticed: 62

| | | | |
|---|---|---|---|
| | | Dec 24 2025 22:55:49 | Lvnv Funding/Resurgent Capital, Acct No xxxxxxxxxxx0539, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 12820463 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2025 22:55:49 | Lvnv Funding/Resurgent Capital, Acct No xxxxxxxxxxx7776, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 12820466 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2025 22:52:00 | Midland Credit Mgmt, Acct No xxxxx1217, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 12820467 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2025 22:52:00 | Midland Credit Mgmt, Acct No xxxxx3939, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 12820464 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2025 22:52:00 | Midland Credit Mgmt, Acct No xxxxx4175, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 12820465 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2025 22:52:00 | Midland Credit Mgmt, Acct No xxxxx1389, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 12820468 | + Email/Text: tax-bankruptcy@tax.state.nv.us | Dec 24 2025 22:52:00 | Nevada Dept. of Taxations, Bankruptcy, 555 E Washington Ave, #1300, Las Vegas, NV 89101-1046 |
| 12820474 | EDI: PRA.COM | Dec 25 2025 03:45:00 | Portfolio Recovery, Acct No 2036, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 12820473 | EDI: PRA.COM | Dec 25 2025 03:45:00 | Portfolio Recovery, Acct No 3209, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 12820475 | Email/Text: banko@preferredcredit.com | Dec 24 2025 22:51:00 | Preferred Credit Inc, Acct No xxx9420, 628 Roosevelt, St Cloud, MN 56301 |
| 12820476 | + Email/Text: bankruptcy@purchasingpower.com | Dec 24 2025 22:52:00 | Purchasing Power, 1349 W Peachtree St., NW #1100, Atlanta, GA 30309-2956 |
| 12820482 | Email/Text: bankruptcy@springoakscapital.com | Dec 24 2025 22:51:00 | Spring Oaks Capital, Llc, Acct No xxxxx2297, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 12820481 | Email/Text: bankruptcy@springoakscapital.com | Dec 24 2025 22:51:00 | Spring Oaks Capital, Llc, Acct No xxxxx9275, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 12820478 | + Email/Text: studentaccounts@secondalliance.com | Dec 24 2025 22:52:00 | Second Alliance Inc, Acct No xxxxx86N1, 6911 Topanga Cyn Blvd, Canoga Park, CA 91303-2370 |
| 12820479 | + Email/Text: bankruptcy@self.inc | Dec 24 2025 22:51:00 | Self Financial, Inc., Acct No xxxxxxxxxxxxxxx3211, Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 12820483 | Email/Text: collections@transformcredit.com | Dec 24 2025 22:51:00 | Transform Credit Inc, Acct No xxxxxx9312, Attn: Bankruptcy, 1440 W Taylor St #431, Chicago, IL 60607 |
| 12820484 | + Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Dec 24 2025 22:52:00 | United States Trustee, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |
| 12820485 | + Email/Text: webadmin@vhllc.co | Dec 24 2025 22:52:00 | Vance and Huffman, Acct No xxxx4617, 55 Monette Parkway Ste 100, Smithfield, VA 23430-2577 |
| 12820487 | + EDI: BLUESTEM | Dec 25 2025 03:45:00 | WebBank/ Cleo, Acct No xxxxxxxx5822, Attn: Bankruptcy, 215 S. State St. Suite 1000, Salt Lake City, UT 84111-2336 |
| 12820486 | + EDI: BLUESTEM | Dec 25 2025 03:45:00 | WebBank/ Cleo, Acct No xxxxxxxx2731, Attn: Bankruptcy, 215 S. State St. Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 48

District/off: 0978-3                     User: admin                              Page 4 of 4
Date Rcvd: Dec 24, 2025                  Form ID: 309A                          Total Noticed: 62

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12820415 | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corp, Acct No xx0360, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 12820422 | *+ | Brigit/coastalcbk/ary, Acct No xxx136I, 5415 Evergreen Way, Everett, WA 98203-3646 |
| 12820425 | *+ | Capital One Auto Finance, Acct No xxxxxxxxxxxxx1001, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12820429 | *+ | Chimefinal, Acct No xxxxxxxx9433, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 12820447 | *+ | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0123, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820439 | *+ | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820440 | *+ | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820441 | *+ | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820443 | *+ | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820444 | *+ | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820445 | *+ | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820446 | *+ | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820448 | *+ | Edfinancial Services L, Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 12820456 | *+ | First Premier Bank, Acct No xxxxxxxxxxxx5552, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 12820455 | *+ | First Premier Bank, Acct No xxxxxxxxxxxx8793, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 12820458 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12820461 | *+ | Lane Health, Acct No x1745, 3450 Triumph Blvd, Lehi, UT 84043-6114 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2025                 Signature:          /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | CAMERON KEITH MARSHALL GHANAVATI<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–7983<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   District of Nevada | | Date case filed for chapter:      7    12/23/25 |
| Case number:   25–51218–hlb | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | CAMERON KEITH MARSHALL GHANAVATI | | |
| 2. | All other names used in the last 8 years | aka CAMERON KEITH GHANAVATI | | |
| 3. | Address | PO BOX 442<br>WELLS, NV 89835 | | |
| 4. | Debtor's attorney<br>Name and address | SETH D BALLSTAEDT<br>BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE<br>LEGAL SERVICES<br>8751 W CHARLESTON BLVD SUITE 230<br>LAS VEGAS, NV 89117 | | Contact phone 702–715–0000<br><br>Email:  help@bkvegas.com |
| 5. | Bankruptcy trustee<br>Name and address | CHRISTINA W. LOVATO<br>P.O. BOX 18417<br>RENO, NV 89511 | | Contact phone (775) 851 1424 |

**For more information, see page 2 >**

Debtor  **CAMERON KEITH MARSHALL GHANAVATI**                                        Case number **25–51218–hlb**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Booth Street<br>Reno, NV 89509 | Office Hours: 9:00 AM – 4:00 PM<br><br>Contact phone: (775) 326–2100<br><br>Date: 12/23/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 29, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For additional meeting information, go to www.justice.gov/ust/moc** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 203 264 8863, and Passcode 2236554201, OR call 1 775 285 9435** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/30/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |