KEVIN A. DARBY, ESQ. NVSB #7670          *Electronically filed 2/27/2026*
TRICIA M. DARBY, ESQ. NVSB #7956
DARBY LAW PRACTICE, LTD.
499 W. Plumb Lane, Suite 202
Reno, Nevada, 89509
Tel.: 775.322.1237
Fax: 775.996.7290
Email: kevin@darbylawpractice.com
          tricia@darbylawpractice.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                                    CASE NO.: BK-N-25-51218-HLB

CAMERON KEITH MARSHALL                Chapter 13
GHANAVATI,
                                                          **CERTIFICATE OF SERVICE**

                        Debtor.

_____ /

   **Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.**

1.   On   **February 27, 2026**         I served the following documents:

     **NOTICE OF REMOTE HEARING ON CHAPTER 13 PLAN; CHAPTER 13 PLAN**

2.   I served the above-named document(s) by the following means to the persons as
     listed below:

**VIA ECF:**

SETH D BALLSTAEDT on behalf of Debtor CAMERON KEITH MARSHALL GHANAVATI
help@bkvegas.com,
ballstaedtecf@gmail.com;Brooke@bkvegas.com;2667980420@filings.docketbird.com

MICHAEL W. CHEN on behalf of Creditor 21ST MORTGAGE CORPORATION
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

TRICIA M. DARBY on behalf of Debtor CAMERON KEITH MARSHALL GHANAVATI
tricia@darbylawpractice.com,

kevin@darbylawpractice.com;mandie@darbylawpractice.com;kevindarby@sbcglobal.net

WILLIAM A. VAN METER
ECF@reno13.com, trusteeNVB4v@ecf.epiqsystems.com

**VIA FIRST CLASS MAIL**

*To the attached matrix.*

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on:** _____ **February 27, 2026** _____

| | |
|---|---|
| **MANDIE RODRIGUEZ** | */s/ Mandie Rodriguez* |
| (NAME OF DECLARANT) | An Employee of Darby Law Practice, Ltd. |

Label Matrix for local noticing
0978-3
Case 25-51218-hlb
District of Nevada
Reno
Wed Feb 11 08:29:35 PST 2026

21ST MORTGAGE CORPORATION
c/o McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117-8804

Bridgecrest Credit Company, LLC as Agent and
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

(p)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

Affirm, Inc.
Acct No xxxxGTFN
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

(p)AUSTIN CAPITAL BANK
ATTN DENAE REEVES
8100 SHOAL CREEK BLVD
SUITE 100
AUSTIN TX 78757-8041

Beyond REI,LLC/New Millenium Management
576 S Audubon Ln
South Jordan, UT 84095

Bonneville Collections
Acct No xxx4940
6026 S. Fashion Point Dr.
South Ogden, UT 84403-4851

Bridgecrest Acceptance Corp
Acct No xxxxxxxx0801
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072-3087

Brigit/coastalcbk/ary
Acct No xxx136I
5415 Evergreen Way
Everett, WA 98203-3646

Capital One Auto Finance
Acct No xxxxxxxxx9913
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Capital One Auto Finance
Acct No xxxxxxxxxxxx1001
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Capital One Auto Finance
Acct No xxxxxxxxxxxx1001
Capital One Auto Finance, Attn: Bankrupt
7933 Preston Rd
Plano, TX 75024-2302

Carvana/Bridgecrest Acceptance Corp
Acct No xxxxxxxx0801
Po Box 53087
Suite 100
Phoenix, AZ 85072-3087

Chimefinal
Acct No xxxxxxxx9433
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104-0417

Columbia Debt Recovery DBA Genesis
Acct No xxxxxxxxxxxxxxxx3642
Po Box 3630
Everett, WA 98213-8630

Comenity Bank/Buckle
Acct No xxxxxxxxxxxx9206
Attn: Bankruptcy Department
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Express
Acct No xxxxx4622
Attn: Bankruptcy
P.O.Box 182273
Columbus, OH 43218-2273

(p)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Credit One Bank
Acct No xxxxxxxxxxx1801
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

EBCS Payment Solutions
Acct No xxxxxxxxx0421
PO Box 5125
Lutherville Timonium, MD 21094-5125

Edfinancial
Acct No xxxxxxxxxxxxxxxxxxxxxxxxx0328
1271 Market St
Dayton, TN 37321-1262

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0123
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

Edfinancial Services L
Acct No xxxxxxxxxxxxxxxxxxxxxxxx0328
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

Electronic Billing & C
Acct No xxxxxxxx0421
P.O. Box 245
Lutherville Timonium, MD 21094-0245

Enterprise Leasing Company West LLC
600 Corporate Park
Saint Louis, MO 63105-4211

Fingerhut
Acct No xxxxxxxx7030
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Fingerhut
Acct No xxxxxxxxxxxx5248
Attn: Bankruptcy
Po Box 0260
Saint Cloud, MN 56395-0260

First Premier Bank
Acct No xxxxxxxxxxxx5552
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Premier Bank
Acct No xxxxxxxxxxxx8793
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Lane Health
Acct No x1745
3450 Triumph Blvd
Lehi, UT 84043-6114

Lvnv Funding/Resurgent Capital
Acct No xxxxxxxxxxxx0539
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

Lvnv Funding/Resurgent Capital
Acct No xxxxxxxxxxxx7776
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

Midland Credit Mgmt
Acct No xxxxx1217
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Midland Credit Mgmt
Acct No xxxxx1389
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Midland Credit Mgmt
Acct No xxxxx3939
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Midland Credit Mgmt
Acct No xxxxx4175
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101-1046

New Millenium Management, LLC
Attn: Stephen Ostler
576 S Audubon Ln
South Jordan, UT 84095

Oregonians Credit Unio
Acct No xxxxxxxxxxxxxx1029
306 Ne 20th Ave
Portland, OR 97232-2805

Orgnscu
Acct No xxxxxxxxxxxxxx1029
306 Ne 20th Ave
Portland, OR 97232-2805

Pan American Bank/Beneficial State Bank
Acct No xxxxxxxxxxxx5637
Attn: Bankruptcy Dept
2002 Ne Martin Luther King Jr. Blvd
Portland, OR 97212-3722

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)PREFERRED CREDIT  INC
628 ROOSEVELT ROAD SUITE #100
SAINT CLOUD MN 56301-4867

Purchasing Power
1349 W Peachtree St., NW #1100
Atlanta, GA 30309-2956

Satview Broadband, Ltd
PO Box 18148
Reno, NV 89511-0148

Second Alliance Inc
Acct No xxxxx86N1
6911 Topanga Cyn Blvd
Canoga Park, CA 91303-2370

Self Financial, Inc.
Acct No xxxxxxxxxxxxxxx3211
Attn: Bankruptcy
515 Congress Ave, Ste 1550
Austin, TX 78701-3539

Self Financial/lead Ba
Acct No xxxxxxxxxxxxxxx3211
Po Box 11
Southlake, TX 76092-0011

(p)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

(p)TRANSFORM CREDIT INC
1440 W TAYLOR ST
# 431
CHICAGO IL 60607-4623

U.S. TRUSTEE - RN - 7
300 BOOTH STREET, STE 3009
RENO, NV 89509-1362

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101-5803

Vance and Huffman
Acct No xxxx4617
55 Monette Parkway Ste 100
Smithfield, VA 23430-2577

WebBank/ Cleo
Acct No xxxxxxxx2731
Attn: Bankruptcy
215 S. State St. Suite 1000
Salt Lake City, UT 84111-2336

WebBank/ Cleo
Acct No xxxxxxxx5822
Attn: Bankruptcy
215 S. State St. Suite 1000
Salt Lake City, UT 84111-2336

Wells Rural Electric Company
Acct No xxx4900
PO Box 365
Wells, NV 89835-0365

CAMERON KEITH MARSHALL GHANAVATI
PO BOX 442
WELLS, NV 89835-0442

CHRISTINA W. LOVATO
P.O. BOX 18417
RENO, NV 89511-0417

SETH D BALLSTAEDT
BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE
8751 W CHARLESTON BLVD SUITE 230
LAS VEGAS, NV 89117-5482

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

21st Mortgage Corp
Acct No xx0360
Attn: Bankruptcy
620 Market Street
Knoxville, TN 37902

Austin Capital Bank
Acct No xxxxxx4223
Attn: Bankruptcy Dept
8100 Shoal Creek Blvd, Ste 100
Austin, TX 78757

Continental Finance Co
Acct No xxxxxxxxxxxx7681
Attn: Bankruptcy
Po.Box 3220
Buffalo, NY 12420

Jefferson Capital Systems LLC
Acct No xxxxxx5100
PO Box 7999
Saint Cloud, MN 56302-9617

Portfolio Recovery
Acct No 2036
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

(d)Portfolio Recovery
Acct No 3209
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

Preferred Credit Inc
Acct No xxx9420
628 Roosevelt
St Cloud, MN 56301

Spring Oaks Capital, Llc
Acct No xxxxx2297
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327

(d)Spring Oaks Capital, Llc
Acct No xxxxx9275
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327

Transform Credit Inc
Acct No xxxxxx9312
Attn: Bankruptcy
1440 W Taylor St #431
Chicago, IL 60607

End of Label Matrix
Mailable recipients    64
Bypassed recipients     0
Total                  64