KEVIN A. DARBY, ESQ. (#7670)
TRICIA M. DARBY, ESQ. (#7956)
DARBY LAW PRACTICE, LTD.
499 W. Plumb Lane, Suite 202
Reno, Nevada, 89509
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com
        tricia@darbylawpractice.com

*Electronically filed July 2, 2026*

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

CAMERON KEITH MARSHALL GHANAVATI,

Debtor.

_____/

CASE NO.     BK-N-25-51218-HLB
Chapter 13

**OPPOSITION TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Hearing Date:  July 16, 2026
Hearing Time: 3:00 p.m.

CAMERON KEITH MARSHALL GHANAVATI ("Debtor"), by and through his attorney, DARBY LAW PRACTICE, LTD., hereby opposes the Trustee's Motion to Dismiss for Failure to Make Plan Payments filed on June 16, 2026, for the following reasons: Debtor fell behind on payments. Debtor will file a Motion to Modify set for August 20, 2026, hearing date. Based on the foregoing, Debtor requests that this Court continue the Motion to Dismiss to August 20, 2026.

DATED this 2nd day of July 2026.

DARBY LAW PRACTICE, LTD.

*/s/ Tricia M. Darby*
By:_____
TRICIA M. DARBY, ESQ.
Attorney for Debtor

1